UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia M. Colburn,<br>　　　Plaintiff<br><br>　　v.<br><br>Richard Cappiello,<br>　　　Defendant | Civil Action No. 04-11784 MLW |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. Pro. Rule 12(b)(6), defendant Richard Cappiello respectfully moves that the Plaintiff's complaint in the above-captioned matter be dismissed in its entirety for failure to state a claim upon which relief may be granted. As presented in detail in the attached memorandum of law, the Plaintiff's claims are barred by the applicable statute of limitations and Mr. Cappiello is not a proper defendant under the claims brought by the Plaintiff.

Respectfully submitted,

Richard Cappiello,
By his attorneys,

/s/ Nicole Horberg Decter
Harold L. Lichten, BBO #549689
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Telephone: (617) 367-7200
Facsimile: (617) 367-4820

Dated: August 17, 2004