Dear Judge Wolf and Dennis O'Leary:

FILED IN CLERKS OFFICE 2004 AUG 25 P 2:21 U.S. DISTRICT COURT DISTRICT OF MASS

I am writing to you for help I want to file an opposition to motion to dismiss and want to amend complaint to name the Union Local 2322 this is for my civil action # 04-11784 MLW.

When I sent the summons to Richard Cappiello is because he was the president of my UNION 2322 and I did not want anyone else to get this summon. The same goes for Myles Calvery Local 2222.

Thank you,

Patricia M. Colburn
100 Kenelworth Ave.
Brockton, Mass. 02301
508-584-5713

[illegible] Richard Carell [illegible] Middleboro [illegible]

Quincy, Mass 02171

Origin code and track designation

[illegible]

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

[illegible] TRACK [illegible] IS THIS A JURY CASE? [illegible]

[illegible] statement of the facts on which plaintiff relies to determine [illegible] double or treble damage claims; indicate single damages only.

TORT CLAIMS

[illegible]

$ 950,000

[illegible]

TOTAL $ [illegible]

CONTRACT CLAIMS

[illegible] 100 million

[illegible] 100 million

[illegible] NOT GET MY JOB BACK OR HELP ME TOTAL $ 900 million

[illegible]

[illegible] complied with the [illegible] of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods.

[illegible]

8-11-04

**COMMONWEALTH OF MASSACHUSETTS**

PLYMOUTH, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH

CIVIL ACTION

NO. PLCV2004-00889-A

Patricia M Colburn, Plaintiff(s) 100 KENELWORTH AVE BROCKTON MASS 02301

vs.

Richard Cappello, Defendant(s) 106 WEST GROVE St Middleboro, MASS 02346 508 947-2131

SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon PATRICIA M Colburn plaintiff ~~attorney~~, whose address is 100 KENELWORTH AVE, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Brockton either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject ~~matter of the plaintiff claim or~~ you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio ~~Esquire~~, at Brockton, the 19th day of July, in the year of our Lord ~~one thousand nine hundred and~~ 2004

Francis R. Powers

CLERK.

NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office at Brockton.

**NOTES**

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To plaintiff's attorney: please circle type of action involved – Tort – Motor Vehicle Tort – Contract – Equitable Relief – Other.

PROOF OF SERVICE OF PROCESS

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

August 6, 2004

I hereby certify and return that on 8/4/2004 at 02:56 pm I served a true and attested copy of the summons,complaint, and civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Richard Cappello, , 106 West Grove Street, , Middleboro, MA 02346. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($9.60), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $47.10

Left with adult female, Claire Belrose

Deputy Sheriff Gregory S. Kamon

Deputy Sheriff

8-20-04

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH

CIVIL ACTION

NO. PLCV 2004-00889-A

Patricia McCollum, Plaintiff(s) 100 KENELWORTH AVE BROCKTON, MASS 02301

vs.

Myles Calvery, Defendant(s) 122 QUINCY SHORE DRIVE QUINCY MASS 02171

IBM LOCAL 2222

SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon PATRICIA M Colburn plaintiff ~~attorney~~, whose address is 100 KENELWORTH AVE, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Brockton either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject ~~matter of the plaintiff claim or you~~ will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio ~~Esquire~~, at Brockton, the 19th day of July, in the year of our Lord ~~one thousand nine hundred and~~ 2004

Francis R. Powers

CLERK.

NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office at Brockton.

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To plaintiff's attorney: please circle type of action involved – Tort – Motor Vehicle Tort – Contract – Equitable Relief – Other.

PROOF OF SERVICE OF PROCESS

**Norfolk County Sheriff's Department** 2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

**August 16, 2004**

**I hereby certify and return that on 8/16/2004 at 11:13 am I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Myles Calvery at 122 Quincy Shore Drive North Quincy, MA 02171. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($15.36) Total Charges $52.86**

Paul E Goguen

Deputy Sheriff

**Deputy Sheriff Ronald Goguen**