UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia M. Colburn,<br>　　　　Plaintiff<br><br>v.<br><br>Richard Cappiello, et al<br>　　　　Defendants. | Civil Action No. 04-11784 MLW |

**DEFENDANT'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

Defendant Richard Cappiello and his attorney hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.

___s/ Richard Cappiello_____　　　_____s/ Nicole Horberg Decter_____
Richard Cappiello, Defendant　　　　　　　　Harold L. Lichten, BBO #549689
　　　　　　　　　　　　　　　　　　　　　　Nicole Horberg Decter, BBO #658268
　　　　　　　　　　　　　　　　　　　　　　Pyle, Rome, Lichten, Ehrenberg, and
　　　　　　　　　　　　　　　　　　　　　　Liss-Riordan, P.C.
　　　　　　　　　　　　　　　　　　　　　　18 Tremont Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　(617) 367-7200

Dated: March 11, 2005　　　　　　　　　　　Dated: March 10, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2005, I caused a copy of this document to be served by first-class mail on all counsel of record and the Plaintiff, Ms. Patricia Colburn who has appeared pro se.

                                             _____s/ Nicole Horberg Decter_____
                                             Nicole Horberg Decter, Esq.