UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
Patricia M. Colburn,               )
        Plaintiff                  )
                                   )   Civil Action No.  04-11784 MLW
                                   )
    v.                             )
                                   )
Richard Cappiello,                 )
        Defendants.                )
_____)

**DEFENDANT'S LOCAL RULE 26.1(B)(2) SWORN STATEMENT**

Defendant Richard Cappiello submits this sworn statement pursuant to Local Rule 26.1(B)(2).  Defendant Cappiello attest that the following information is true and accurate to the best of their present information, knowledge, and/or belief, and reserve the right to amend and/or supplement the information provided here as discovery proceeds.

**(a)   INDIVIDUALS WHO ARE LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following witnesses may have discoverable information in reference to the Plaintiff's claims, specifically all interactions between the Plaintiff and themselves giving rise to the above captioned matter.

    Richard Cappiello
    Myles Calvey

**(b)   ALL OPPOSING PARTIES FROM WHOM STATEMENTS HAVE BEEN OBTAINED BY OR ON BEHALF OF THE DEFENDANTS**

    None.

2

### (c) GOVERNMENTAL AGENCIES OR OFFICIALS KNOWN TO HAVE INVESTIGATED THE OCCURRENCE

None.

The above is true and correct to the best of Defendant's knowledge. Signed and sworn to under the pains and penalties of perjury this 11th day of March 2005.

_____s/ Richard Cappiello_____
Defendant Richard Cappiello