## Law Offices of Wendy M. Bittner

15 COURT SQUARE • SUITE 300
BOSTON, MASSACHUSETTS 02108
Telephone 617-624-0200
Fax 617-624-0278

October 4, 2005

**VIA CERTIFIED MAIL (7004 2890 0002 3157 5784)**

Civil Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

    Re:    **Patricial Colburn v. Myles Calvey, Civil Action No. 04-11920-MLW**
           **Related cases: 04-11784-MLW, 04-11859-MLW**

Dear Sir/Madam:

    Please find enclosed Defendants Myles Calvey's and IBEW Local 2222's opposition to the Motion for Reconsideration filed by Plaintiff Patricia Colburn in cases 04-11784 and 04-11859. Please note that the Plaintiff's Motion for Reconsideration was not filed in case number 04-11920, the case to which Defendants Myles Calvey and IBEW Local 2222 are parties. Therefore, Judge Wolf may determine that no response by these defendants is necessary. However, if Judge Wolfe determines that a response is helpful or necessary, the enclosed is submitted for his consideration. Copies have been served on all parties in all three cases. Thank you for your assistance in this matter.

                                                   Sincerely,

                                                   Catherine Highet

enclosure
cc:    Patricia Colburn (w/encl. 7004 2890 002 3157 5746)
        Harold Lichten (w/ encl. 5753)
        Windy Rosebush (w/ encl. 5777)