# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  04-cv-11784-MLW

PATRICIA  M.  COLBURN

v.

RICHARD  CAPPIELLO

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,10,11,12,15,16

and contained in Volume(s)    1  are the original or electronically filed   pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  January 26, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 17, 2006.

Sarah A Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:               _____

- 3/06

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  04-cv-11784-MLW

PATRICIA  M.  COLBURN

v.

RICHARD  CAPPIELLO

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

 1,2,3,4,5,6,7,8,10,11,12,15,16

and contained in Volume(s)    1  are the original or electronically filed   pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  January 26, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 17, 2006.

Sarah A Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:        _____

- 3/06