APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11784-MLW

Colburn v. Cappiello
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:1441 Petition for Removal- Labor/Mgmnt. Relatio

Date Filed: 08/16/2004
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

Patricia M. Colburn

V.

**Defendant**

Richard Cappiello

represented by **Harold L. Lichten**
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: harold@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole H. Horberg Decter**
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: ndecter@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

Myles Calvey

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2004 | 4 | STATE COURT Record Richard Cappiello served on 8/11/2004, answer due 8/31/2004, FILED. (Boyce, Kathy) (Entered: 08/30/2004) |
| 08/17/2004 | 1 | NOTICE OF REMOVAL by Richard Cappiello from Superior Court of Plymouth County, case number 04-00889-A. $ 150, receipt number 58013, filed by Richard Cappiello(Boyce, Kathy) (Entered: 08/18/2004) |
| 08/17/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Boyce, Kathy) (Entered: 08/18/2004) |
| 08/18/2004 | 2 | MOTION to Dismiss by Richard Cappiello.(Bell, Marie) (Entered: 08/19/2004) |
| 08/18/2004 | 3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by Richard Cappiello. (Bell, Marie) (Entered: 08/19/2004) |
| 08/25/2004 | 5 | Letter to court from Patricia M. Colburn, FILED. (Boyce, Kathy) (Entered: 08/30/2004) |
| 08/26/2004 | 6 | MOTION to Dismiss by Myles Calvey, FILED, c/s.(Boyce, Kathy) (Entered: 09/01/2004) |
| 08/26/2004 | 7 | MEMORANDUM in Support of 6 MOTION to Dismiss filed by Myles Calvey, FILED, c/s. (Boyce, Kathy) Additional attachment(s) added on 9/2/2004 (Boyce, Kathy). (Entered: 09/01/2004) |
| 09/02/2004 |  | Notice of correction to docket made by Court staff. Correction: Document No. 7 corrected because: to attach the correct document as prior document was incorrect (Boyce, Kathy) (Entered: 09/02/2004) |
| 09/02/2004 | 8 | STATE COURT Record Richard Cappiello served on 8/4/2004, answer due 8/24/2004.. (Boyce, Kathy) (Entered: 09/09/2004) |
| 01/20/2005 | 9 | NOTICE of Scheduling Conference/Hearing on Motion 6 MOTION to Dismiss, 2 MOTION to Dismiss: Motion Hearing set for 3/21/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 01/21/2005) |
| 03/10/2005 | 13 | Judge Mark L. Wolf : ORDER entered granting 2 Motion to Dismiss. (O'Leary, Dennis) Additional attachment(s) added on 3/14/2005 (Boyce, Kathy). Modified on 3/14/2005 to add the complete document pdf to order as formerly missing some pages (Boyce, Kathy). (Entered: 03/14/2005) |
| 03/11/2005 | 10 | JOINT STATEMENT of counsel *Pursuant to Local Rule 16.1 (D)*. (Horberg Decter, Nicole) (Entered: 03/11/2005) |
| 03/11/2005 | 11 | Certificate Pursuant to Rule 16.1 by Nicole H. Horberg Decter on behalf of Richard Cappiello. (Horberg Decter, Nicole) Modified on 3/17/2005 to change the name of this event from Certificate of Consultation to Certification Pursuant to Rule 16.1 (Boyce, Kathy). (Entered: 03/11/2005) |

| | | |
|---|---|---|
| 03/11/2005 | 12 | STATEMENT OF COUNSEL *Defendant's Local Rule 26.1(B)(2) Sworn Statement* by Richard Cappiello. (Horberg Decter, Nicole) (Entered: 03/11/2005) |
| 03/14/2005 |  | Notice of correction to docket made by Court staff. Correction: Document No. 13, Memorandum and Order corrected to add a complete document to entry as the document was previously missing pages (Boyce, Kathy) (Entered: 03/14/2005) |
| 06/28/2005 | 14 | Letter from Patricia Colburn to Judge Wolf attaching a letter from the Social Security Administration, FILED. (Boyce, Kathy) (Entered: 07/01/2005) |
| 10/05/2005 | 15 | Letter to clerk from Catherine Highet enclosing Deft Myles Calvey's and IBEW Local 2222's Opposition to Pltf's Motion for Reconsideration, FILED. (Boyce, Kathy) (Entered: 10/13/2005) |
| 01/26/2006 | 16 | NOTICE OF APPEAL as to 13 Order on Motion to Dismiss,,, by Patricia M. Colburn. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/15/2006. (Boyce, Kathy) (Entered: 02/02/2006) |