MANDATE

*04-11784*
*USDC/MA*
*Wolf, J*

# United States Court of Appeals
## For the First Circuit

No. 06-1300

PATRICIA M. COLBURN,
Plaintiff, Appellant,

v.

VERIZON COMMUNICATIONS,
Defendant, Appellee.

*04-11920*

No. 06-1350

PATRICIA M. COLBURN,
Plaintiff, Appellant,

v.

MYLES CALVEY, ET AL.,
Defendants, Appellees.

No. 06-1490

*04-11784* ✓

PATRICIA M. COLBURN,
Plaintiff, Appellant,

v.

RICHARD CAPPIELLO, ET AL.,
Defendants, Appellees.

Lynch, Lipez and Howard,
Circuit Judges.

**JUDGMENT**

Entered:  June 14, 2006

As explained in this court's March 29, 2006 order, no timely notice of appeal was filed. Consequently, this appeal is dismissed as untimely.

Dismissed.

By the Court:
Richard Cushing Donovan, Clerk.


By: _____ MARGARET CARTER _____
          Chief Deputy Clerk.


Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____ htt _____
Deputy Clerk

Date: 8/7/06


[cc:  Patricia M. Colburn, Harold L. Lichten, Esq., Timothy P.
      Van Dyck, Esq., Wendy L. Rosebush, Esq.]